## BERGIN OIL & GAS CO. v. HOWARD, State Auditor.

No. 7373—Opinion Filed June 21, 1921.

(Syllabus.)

**1. Taxation—Gross Production Tax—Validity of Statute.**

The validity of the act approved March 11, 1915, and being article 2, subdivision A, section 1, chapter 107, Session Laws 1915, and amending section 7464, Revised Laws 1910, is affirmed by authority of case of In re Gross Production Tax of Wolverine Oil Co. (No. 7426), found in 53 Okla. 24, 154 Pac. 362.

**2. Same—Case Overruled in Part—Nature of Tax.**

The holding in the above cited case that a gross production tax as provided in said provisions is an occupation tax and not a property tax, is overruled so far as material and in conflict with the holding in the case of In re Protest of Skelton Lead & Zinc Company's Gross Production Tax for 1919, decided in opinion by Chief Justice Harrison, April 5, 1921, 81 Okla. 134, 197 Pac. 495.

This is an original action filed in the Supreme Court of the state of Oklahoma to determine the validity of a portion of the act approved March 11, 1915, being an act entitled:

"An Act To Provide a Direct and Indirect System of Taxation, Article 1. Direc

System of Taxation—Amendments—being a portion of the Session Laws of 1915, chapter 107, House Bill No. 84, and covering mining and gross revenue tax, and the part involved herein being article 2, subdivision A, section 1, amending section 7464, Revised Laws 1910. Approved March 11, 1915. Emergency declared thereunder. Declared to be effective and in force from and after its passage and approved.

A. A. Richards, Sherman, Veasey & Davidson, Carroll & Mason, Rice & Lyons, Randolph, Haver & Shirk, E. H. Chandler, C. W. Grimes, John M. Chick, and C. C. Magee, of counsel, for plaintiff.

S. P. Freeling, Atty Gen., and Smith C. Matson and J. H. Miley, Asst. Attys. Gen., for the State.

ELTING, J. The same questions are involved in this case as were involved in the case of In re Gross Production Tax of the Wolverine Oil Company (No. 7426), found in 53 Okla. 24, 154 Pac. 362. The validity of said act was affirmed in said opinion. The questions raised in the instant case are decided by authority of said case, except wherein the court held said gross production tax to be an occupation tax instead of a property tax and in so far as such holding is material and inconsistent with the opinion by Chief Justice Harrison heretofore cited.

The said holding in said opinion wherein it was held that said tax was an occupation tax is overruled, and we hold herein said tax to be a property tax and not an occupation tax, in conformity with the opinion rendered by Chief Justice Harrison (opinion filed April 5, 1921, and reported in 81 Okla. 134, 197 Pac. 495) entitled, "In re Protest Skelton Lead & Zinc Company's Gross Production Tax for 1919."

The holding of Chief Justice Harrison on the nature of said tax is set out in the second paragraph of the sylllabus of his said opinion, and the law so defined in said second paragraph of the syllabus is held to be the law herein, and the validity of said act approved March 11, 1915, is affirmed.

All the Justices concurring.